IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                )
DENISE BELMER,                  )      Chapter 7
                                )      Case No. 10-39556
                                )      Judge Deborah L. Thorne
          Debtor.               )

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )

     The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 16th day of August 2017, before the hour of 5:00 p.m.

                                         /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## **SERVICE LIST**

*Parties served electronically:*

United States Trustee
Patrick S. Layng
219 S. Dearborn, #873
Chicago, IL 60604

Arthur Stefans
The Stefans Law Group
134 N. LaSalle Street, #2030
Chicago, IL 60602

*Parties served U.S. Mail*:

Denise Belmer
2010 South 2nd Avenue
Maywood, IL 60153

West Suburban Hospital
Attn: Gina Corrigan, NCS Support Services Rep
3 Erie Court (Erie at Austin)
Oak Park, IL 60302

Trinity Orthopaedics SC
1 Erie Court, Suite 7120
Oak Park, IL 60302

GE Money Bank
c/o Recovery Management
    Systems
Attn: Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605