**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: BELMER, DENISE                              §    Case No. 10-39556
                                                   §
                                                   §
                                                   §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $14,385.00 | Assets Exempt: | $3,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,497.45 | Claims Discharged Without Payment: | $24,900.00 |
| Total Expenses of Administration: | $8,731.75 | | |

       3) Total gross receipts of $75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $54,770.80 (see **Exhibit 2**), yielded net receipts of $20,229.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $12,885.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,731.75 | $8,731.75 | $8,731.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $37,200.00 | $11,497.45 | $11,497.45 | $11,497.45 |
| **TOTAL DISBURSEMENTS** | $50,085.00 | $20,229.20 | $20,229.20 | $20,229.20 |

4) This case was originally filed under chapter 7 on 09/02/2010. The case was pending for 87 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    11/17/2017            By: /s/ Eugene Crane
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement Fund for Peterson v. Iran | 1249-000 | $75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BELMER, DENISE | Dividend paid 100.00% on $54,770.80; Claim# SURPLUS; Filed: $54,770.80; Reference: | 8200-002 | $54,770.80 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$54,770.80** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Capital One Auto Finance | 4110-000 | $12,885.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$12,885.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2100-000 | NA | $2,772.92 | $2,772.92 | $2,772.92 |
| Attorney for Trustee Fees - Crane, Heyman, Simon, Welch & Clar | 3110-000 | NA | $5,167.50 | $5,167.50 | $5,167.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 3120-000 | NA | $190.29 | $190.29 | $190.29 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $341.04 | $341.04 | $341.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$8,731.75** | **$8,731.75** | **$8,731.75** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | West Suburban Hospital | 7100-000 | $12,000.00 | $10,990.75 | $10,990.75 | $10,990.75 |
| 1I | West Suburban Hospital | 7990-000 | NA | $201.21 | $201.21 | $201.21 |
| 2 | Trinity Orthopaedics, S.C. | 7100-000 | $300.00 | $300.00 | $300.00 | $300.00 |
| 2I | Trinity Orthopaedics, S.C. | 7990-000 | NA | $5.49 | $5.49 | $5.49 |
| N/F | Chesapeak Landing II AIMCO c/o NCC Business Services inc | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Chesapeake Landing II (II) | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chgo Sun Times Circulation c/o Biehl & Biehl Inc | 7100-000 | $100.00 | NA | NA | NA |
| N/F | ComEd c/o I.C.Systems Inc. | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Direct TV | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Il.Energy Savings Copr d/b/a U.S. c/o Credit Management Cont | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Med.Service Plan Univ of Ill.Optham c/o ICS | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Midland Funding LL c/o Blatt Hasenmiller | 7100-000 | $7,000.00 | NA | NA | NA |
| N/F | Nicor c/o NCO Financial Systems | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Oak Park Clinical Pathologists | 7100-000 | $300.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Publishers Clearinghouse c/o Penn Credit Corporation | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Village Radiology c/o First Source Financial Solutions | 7100-000 | $100.00 | NA | NA | NA |
| N/F | West Suburban Emergency Serv. LLC c/o MCS Collections Inc | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | West Suburban Hospital Erie at Austin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | West Suburban Med.Center c/o ICS | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | West Suburban Pro Receivables | 7100-000 | $1,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$37,200.00** | **$11,497.45** | **$11,497.45** | **$11,497.45** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 10-39556 | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|
| Case Name: | BELMER, DENISE | Date Filed (f) or Converted (c): | 09/02/2010 (f) |
| | | § 341(a) Meeting Date: | 11/02/2010 |
| For Period Ending: | 11/17/2017 | Claims Bar Date: | 05/11/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Settlement Fund for Peterson v. Iran (u)<br>Case was re-opened to administer this asset. | Unknown | 80,000.00 | | 75,000.00 | FA |
| 2 | Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGSS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5 | 401K Retirement Account | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 2006 Buick Rendevous Automobile<br>30,000 miles | 12,885.00 | 0.00 | | 0.00 | FA |
| 6 | Assets     Totals     (Excluding unknown values) | **$14,385.00** | **$80,000.00** | | **$75,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 10-39556 | **Trustee Name:** (330350) Eugene Crane |
| **Case Name:** BELMER, DENISE | **Date Filed (f) or Converted (c):** 09/02/2010 (f) |
| | **§ 341(a) Meeting Date:** 11/02/2010 |
| **For Period Ending:** 11/17/2017 | **Claims Bar Date:** 05/11/2017 |

**Major Activities Affecting Case Closing:**

10/31/2017: Belmer surplus check not cashed; will call attorney (dk)
08/16/2017: TFR filed with Court, Final Hearing set for 09/19 at 10am (dk)
07/27/2017: TFR Filed with UST for Review (dk)
03/31/2017: Received settlement check; will check with accountant about tax liability and prepare case for closing (dk)
03/09/2017: Order entered to Settle Controversy; Fund Trustee will send us the 75K (dk)
02/15/2017: MT to Settle Controversy filed to accept 75K for the Bankruptcy Estate; hearing on 03/09/2017 (dk)
02/01/2017: Initial Report of Assets filed (dk)
01/13/2017: EC reappointed as Trustee (dk)
01/12/2017: Case reopened, Court order entered (dk)
12/28/2016:Trustee filed MT to Reopen case and appoint Trustee (dk)
12/15/2016: Trustee was advised that the Debtor had an undisclosed settlement in a wrongful death lawsuit against Iran for the bombing of Marine barracks in Lebanon in 1983.

Trustee originally filed a Report of No Assets on 11/8/2010 (dk)

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | **Current Projected Date Of Final Report (TFR):** | 08/16/2017 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 10-39556 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BELMER, DENISE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4869 | Account #: | ******7966 Checking Account |
| For Period Ending: | 11/17/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/2017 | {1} | BLD Administrator | Debtor's portion of settlement Fund for Peterson v. Iran; Per Court Order to settle controversy entered 03/09/2017 | 1249-000 | 75,000.00 | | 75,000.00 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.38 | 74,985.62 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.66 | 74,884.96 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.47 | 74,766.49 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.53 | 74,658.96 |
| 09/19/2017 | 101 | EUGENE CRANE | Dividend paid 100.00% on $2,772.92, Trustee Compensation; Reference: | 2100-000 | | 2,772.92 | 71,886.04 |
| 09/19/2017 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,167.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,167.50 | 66,718.54 |
| 09/19/2017 | 103 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 66,458.54 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 10-39556 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BELMER, DENISE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4869 | Account #: | ******7966 Checking Account |
| For Period Ending: | 11/17/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/2017 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $190.29, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 190.29 | 66,268.25 |
| 09/19/2017 | 105 | West Suburban Hospital | Dividend paid 100.00% on $10,990.75; Claim# 1; Filed: $10,990.75; Reference: | 7100-000 | | 10,990.75 | 55,277.50 |
| 09/19/2017 | 106 | Trinity Orthopaedics, S.C. | Dividend paid 100.00% on $300.00; Claim# 2; Filed: $300.00; Reference: | 7100-000 | | 300.00 | 54,977.50 |
| 09/19/2017 | 107 | West Suburban Hospital | Dividend paid 100.00% on $201.21; Claim# 1I; Filed: $201.21; Reference: | 7990-000 | | 201.21 | 54,776.29 |
| 09/19/2017 | 108 | Trinity Orthopaedics, S.C. | Dividend paid 100.00% on $5.49; Claim# 2I; Filed: $5.49; Reference: | 7990-000 | | 5.49 | 54,770.80 |
| 09/19/2017 | 109 | BELMER, DENISE | Dividend paid 100.00% on $54,770.80; Claim# SURPLUS; Filed: $54,770.80; Reference: | 8200-002 | | 54,770.80 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case 10-39556 Doc 44 Filed 01/05/18 Entered 01/05/18 14:28:59 Desc Main
Document Page 11 of 12

Exhibit 9<br>Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 10-39556 | | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | BELMER, DENISE | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4869 | | **Account #:** | ******7966 Checking Account |
| **For Period Ending:** | 11/17/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 75,000.00 | 75,000.00 | |
| | | | Less: Payments to Debtors | | | 54,770.80 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$20,229.20** | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | |
|---|---|
| **Case No.:** | 10-39556 |
| **Case Name:** | BELMER, DENISE |
| **Taxpayer ID #:** | **-***4869 |
| **For Period Ending:** | 11/17/2017 |

| | |
|---|---|
| **Trustee Name:** | Eugene Crane (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7966 Checking Account | $75,000.00 | $20,229.20 | $0.00 |
| | **$75,000.00** | **$20,229.20** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)